# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE TERRELL GARNETT, ) <br> ) <br> Defendant. ) | Case No.: 17-mj-2066DPR |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ Matt J. Whitworth
Matt J. Whitworth
Chief United States Magistrate Judge

Dated: September 21, 2018

1